IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00588-RM-SKC

LARRY ALLEN THOMPSON, a/k/a Larry Allen Range,

    Plaintiff,

v.

JASON LENGERICH,
JENNIFER HANSEN,
WILLIAM CATTELL, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order entered by Judge Raymond P. Moore on March 29, 2022, it is

ORDERED that judgment is entered in favor of the defendants and against the plaintiff. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 29th day of March, 2022.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/C. Pearson, Deputy Clerk